JEAN SMITH et al., Appellants, v. ANN SURIN, Respondent.— Appeal

Herlihy, P. J., Reynolds, Greenblott, Cooke and Simons, JJ., concur.

In the Matter of ELSIE W. EDSALL, Petitioner, v. HENRY L. DIAMOND, as Commissioner of Environmental Conservation of the State of New York, et al., Respondents. In the Matter of ELSIE W. EDSALL, Petitioner, v. R. STEWART KILBORNE, as Conservation Commissioner of the State of New York, et al., Respondents.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Simons, JJ., concur.